IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RINKU PATEL, PharmD,<br><br>   Plaintiff,<br><br>     v.<br><br>CBC PHARMA HOLDCO LLC, PHARMACY MANAGEMENT LLC, ASHOK NAYYAR, an individual, JEFFREY KELLY, an individual, JONATHAN TUNIS, an individual, and BARRY BEST, an individual,<br><br>   Defendants. | CASE NO. 1:24-cv-8110<br><br>REMOVED FROM CASE NO. 2024-L-008031 IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS |

## NOTICE OF MOTION

**To**:  (See Certificate of Service)

    **PLEASE TAKE NOTICE** that on Thursday, April 10, 2025, at 1:45pm, or as soon thereafter as the matter may be heard, we shall appear before the Honorable Sara L. Ellis, or whoever may be sitting in her stead, in the District Court for the Northern District of Illinois, via telephone, and shall then and there present Defendants' **Unopposed Motion to Extend Time to Answer the Second Amended Complaint**, a copy of which is attached hereto and hereby served on you.

Dated: April 4, 2025
Chicago, IL

DLA Piper LLP (US)

By: */s/ Ana O. Condes*
    Ana O. Condes (IL-6339460)
    ana.condes@us.dlapiper.com
    DLA Piper LLP (US)
    444 W. Lake St.
    Chicago, IL 60606

    Joseph Piesco (*pro hac vice*)

2

DLA Piper LLP (US)
1251 6th Ave.
New York, NY 10020

*Attorneys for Pharmacy Management LLC, Ashok Nayyar, Jeffrey Kelly, Jonathan Tunis, and Barry Best*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of April 2025, I electronically filed the foregoing **Notice of Motion** using the court's electronic filing system. Notice of this filing was sent via e-mail to the following counsel of record:

Kristen Prinz
Kristin Hendriksen
The Prinz Law Firm, P.C.
1 East Wacker Dr., Suite 1800
Chicago, IL 60601
kprinz@prinz-lawfirm.com
khendriksen@prinz-lawfirm.com

By: */s/ Ana O. Condes*
      Ana O. Condes